UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Antonio C.,

    Petitioner,

v.

Kristi Noem, et al.,

    Defendants.

ORDER ADOPTING REPORT AND RECOMMENDATION
Civil File No. 26-00306 (MJD/ECW)

Graham Blair Ojala-Barbour, Ojala-Barbour Law Firm, Counsel for Petitioner.

Ana H. Voss, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright filed January 22, 2026. [Doc. 8.] No objections have been filed. Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Cowan Wright.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation

of United States Magistrate Judge Elizabeth Cowan Wright filed January 22, 2026.  **[Doc. 8.]**  Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED as follows**:

1. Respondents are ordered to hold a bond hearing for Petitioner before an immigration judge **in Minnesota** within 7 days of the date of this Order;

2. If Petitioner is not granted a bond hearing within 7 days of this Order, Respondents must immediately release Petitioner; and

3. Respondents are ordered to report to the Court on or before February 4, 2026, the results of the bond hearing ordered above or when Petitioner was released.[1]

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  January 27, 2026                s/Michael J. Davis
                                        Michael J. Davis
                                        United States District Court

---

[1] This requirement is a slight modification to the R&R.