# UNITED STATES DISTRICT COURT
## District of Minnesota

Antonio Candido Mendoza,

Petitioner,

v.

Kristi Noem, Todd Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-306 MJD/ECW

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ordered to hold a bond hearing for Petitioner before an immigration judge **in Minnesota** within 7 days of the date of this Order;
2. If Petitioner is not granted a bond hearing within 7 days of this Order, Respondents must immediately release Petitioner; and
3. Respondents are ordered to report to the Court on or before February 4, 2026, the results of the bond hearing ordered above or when Petitioner was released.

Date: 1/28/2026

KATE M. FOGARTY, CLERK