## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Antonio C.,

   Petitioner,

v.

           **ORDER DISMISSING WRIT OF**
             **HABEAS CORPUS**
           Civil File No. 26-306 (MJD/ECW)

Kristi Noem, et al.,

   Respondents.

Graham Blair Ojala-Barbour, Ojala-Barbour Law Firm, Counsel for Petitioner.

Ana H. Voss, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

On January 27, 2026, the Court issued an Order requiring Respondents to hold a bond hearing for Petitioner within seven days of the Order. [Doc. 10.] If Petitioner was not granted a bond hearing within seven days, the Respondents were ordered to release Petitioner from detention. [Id.]

On February 4, 2026, the Respondents provided a status update informing the Court that Petitioner had been released from custody upon payment of a $1,500 bond on January 29, 2026. [Doc. 12.]

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Antonio C.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 4, 2026                    s/Michael J. Davis
                                            Michael J. Davis
                                            United States District Court