# UNITED STATES DISTRICT COURT
## District of Minnesota

Antonio Candido Mendoza,

Petitioner,

v.

Kristi Noem, Todd Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26cv306 (MJD/ECW)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Antonio C.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

Date: 2/5/2026

KATE M. FOGARTY, CLERK